STATE OF NEW JERSEY v. STEVEN DUNSTON.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DARYL WILSON.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ADREN CAFFEE.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIUS DAY.

May 19, 1987.

Petition for certification denied. (See 216 *N.J.Super.* 33)

STATE OF NEW JERSEY v. MARGARET ANN MYERS.

May 19, 1987.

Petition for certification denied.